USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DRYWALL TAPERS AND
POINTERS LOCAL UNION NO. 1974 BENEFIT
FUNDS and THE DISTRICT COUNCIL NO. 9,
DRYWALL TAPERS AND PAINTERS OF GREATER
NEW YORK LOCAL UNION 1974, AFFILIATED WITH
INTERNATIONAL UNION OF PAINTERS AND
ALLIED TRADES, AFL-CIO,

     Plaintiffs,

    -against-

GREENBUILD LLC,

     Defendant.

1:25-cv-03018-MKV

AMENDED ORDER
SCHEDULING HEARING ON
MOTION FOR DEFAULT
JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiffs' request to adjourn the hearing on Plaintiffs' motion for a default judgment against Defendant Greenbuild LLC on January 27, 2026 at 2:30 p.m. [ECF No. 32]. Accordingly, IT IS HEREBY ORDERED that the hearing schedule for January 27, 2026 is adjourned. IT IS FURTHER ORDERED that the parties shall appear for a hearing on Plaintiffs' motion for a default judgment against Defendant Greenbuild LLC [ECF No. 24] on January 28, 2026 at 11:00 a.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. Plaintiffs shall be prepared to make a record in support of the motion.

IT IS FURTHER ORDERED that by January 12, 2026 Plaintiffs shall serve this Order and all papers in support of Plaintiffs' motion on Defendant Greenbuild LLC and shall file proof of such service on ECF.

**The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims,**

defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and

default judgment.

SO ORDERED.

Date:  **December 22, 2025**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**